**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

KARA WEST,

Plaintiff,

v. Case No. 5:25-cv-470-RBD-PRL

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

---

**ORDER**

On referral in this Social Security appeal, U.S. Magistrate Judge Philip R. Lammens entered a Report and Recommendation stating that the Court should reverse and remand the Commissioner's final decision. (Doc. 20 ("R&R").) The time has passed and the parties did not object, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. The R&R (Doc. 20) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.
2. Defendant's final decision is **REVERSED AND REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further

consideration by the ALJ in accordance with the R&R.

3. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and against Defendant, terminate all pending motions as moot, and then close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 31, 2026.

ROY B. DALTON, JR.
United States District Judge